IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00390-MSK-MEH

JASON LENK,

    Plaintiff,

v.

DIRECTV, INC.,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion to Dismiss **(#13)** filed April 6, 2010. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. Any and all claims asserted in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 6th day of April, 2010.

        BY THE COURT:

        _____

        Marcia S. Krieger
        United States District Judge